UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MICHEAL FRANCOEUR, <br> JOSEPH FRANCOEUR, AND <br> SHAYNE GUILLEMETTE on behalf of <br> themselves and all other employees <br> similarly situated, <br>     Plaintiffs <br> <br> v. <br> HIGG'S PAINTING, INC. and <br> JEFFERY S. HIGGINBOTTON, <br>     Defendants | C.A. No.: 17-498 |

## Consent Judgment

By agreement of the parties and with the approval of this Court, judgment shall enter for the Plaintiffs as follows:

1. That the Defendants did not violate the Fair Labor Standards Act.

2. That the Defendants entered into at least seven (7) contracts to complete construction work on numerous public works projects on Rhode Island public schools over $1,000.

3. That these contracts required Defendants to "make all wall repairs necessary", "caulk", "prep", "spot prime", apply multiple coats of "paint", and "repaint" numerous public schools.

4. That the Defendants acknowledge that these construction projects are public works projects subject to the prevailing wage requirements of R.I. Gen. Law § 37-13-1 *et seq.*

5. However, the school districts that awarded these contracts to Defendants never informed the Defendants that these projects were public works projects subject to prevailing wage projects.

6. That Plaintiffs are entitled to be paid the difference between their regular wage rate and the prevailing wage rate wages on these projects.

7. That Defendant Jeffery Higginbottom shall pay plaintiffs all back wages owed under the terms and conditions of a settlement agreement signed by all the parties that will settle all claims brought by this complaint.

8. The claims against Higgs Painting Inc. have been previously dismissed with prejudice.

9. The claims against Defendant Jeffery Higginbottom brought in this suit are dismissed with prejudice in consideration of the within Consent Judgment and settlement agreement.

Enter:

_____
District Court Judge

Per Order:

_____
Clerk

**ASSENTED TO AS TO FORM AND SUBSTANCE:**

Date: 1/10/18

**Plaintiffs**
**Michael Francoeur, Joseph Francoeur, and Shayne Guillemette**
By their attorney,

_____
Gregory A. Mancini, Esq. (#5740)
Sinapi Law Associates, Ltd.
2374 Post Road, suite 201
Warwick, RI 02886
P: 401-739-9690; F: 401-739-9040
gmancinilaw@gmail.com

**Defendant**
**Jeffery Higginbottom, Individually**
*Pro Se*

Date: 1-10-18

_____
Jeffery Higginbottom
21 Mount Hope Avenue
Swansea, MA 02777
P: 508-679-5300
jeff@higgspainting.com