## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **MICHEAL FRANCOEUR,** | : | |
| **JOSEPH FRANCOEUR, AND** | : | |
| **SHAYNE GUILLEMETTE on behalf of** | : | |
| **themselves and all other employees** | : | |
| **similarly situated,** | : | |
| **Plaintiffs** | : | |
| | : | |
| **v.** | : | **C.A. No.: 17-498** |
| **HIGG'S PAINTING, INC. and** | : | |
| **JEFFERY S. HIGGINBOTTON,** | : | |
| **Defendants** | : | |

### Dismissal Stipulation of Higgs Painting, Inc.

Now come the Plaintiffs and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and does hereby stipulate to a dismissal of the within action, including all claims and counterclaims, with prejudice, no interest, no costs against Higg's Painting, Inc. only. Plaintiffs retain all claims against Defendant Jeffery S. Higginbottom.

**Plaintiffs**
**Michael Francoeur, Joseph Francoeur, and**
**Shayne Guillemette**
By and through their attorneys
SINAPI LAW ASSOCIATES, LTD

**/s/Gregory A. Mancini** __
Gregory A. Mancini, Esq. (#5740)
2374 Post Road, Suite 201
Warwick, RI 02886
Phone:  (401) 739-9690; FAX:  (401) 739-9040
Dated: January 18, 2018             Email:  gmancini@gmail.com

## Certificate of Service

I hereby certify that on the **18th** day of **January, 2018,** I mailed/e-mailed and hand delivered this document to the undersigned the opposing party and/or the opposing party if self-represented, whose name is:

Jeffery Higginbottom
21 Mount Hope Avenue
Swansea, MA02777
P: 508-679-5300
jeff@higgspainting.com

**/s/ Lori Beagan**